Return to:
First Court of Appeals
301 Fannin Street
Houston, Texas 77002

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC 29 2014

CHRISTOPHER A. PRINE
CLERK _____

Case Number
01-14-00760-CR

| | | |
|---|---|---|
| Ismael Aguilar Alarcon | § | COURT OF APPEALS |
| | § | 1ST DISTRICT |
| The State of Texas | § | HOUSTON, TEXAS |

### Pro se Motion for Access to Appellate Record

To the Honorable Justices of Said Court:

Appellant's appointed counsel has filed a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Appellant now moves this Court to provide him with a copy of the appellate record including the clerk's record and the court reporter's record for use in preparing his pro se response to counsel's brief.

Appellant requests an extension of time of 30 days from the granting of this motion to file a pro se response to counsel's *Anders* brief.

Respectfully submitted,

*Ismael Alarcon II*
Pro se Appellant
COTULLA Unit, TDCJ # 1950811
COTULLA, Texas 78014

### Certificate of Service

This is to certify that on <u>December 12, 2014</u>, a true and correct copy of the above and foregoing document was served by mail on:

Harris County District Attorney's Office, 1201 Franklin, Suite 600, Houston, TX 77002

*Ismael Alarcon*
Pro se Appellant

Ismael Aguilar Alarcon
TDCJ 01950811
Cotulla Unit
610 FM 624
Cotulia Tx 78014

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
22 DEC 2014 PM 1 L

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC 2 9 2014

CHRISTOPHER A. PRINE
CLERK

7700220669 9

First Court of Appeals
301 Fannin Street
Houston, Texas 77002